UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHIA S. KALASHO,

    Petitioner,

                                       File no: 1:06-CV-556

v.

                                       HON. ROBERT HOLMES BELL

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

    Respondent.
                                        /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Respondent's motion to dismiss (docket #3) is **GRANTED** and the habeas petition is hereby **DISMISSED**.


Date:   February 5, 2007                /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                             CHIEF UNITED STATES DISTRICT JUDGE